IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KERRY A. STEVENS**                                                              **PLAINTIFF**

**VS.**                         **CASE NO. 3:10CV00280 HDY**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                         **DEFENDANT**

**ORDER**

The motion for substitution of counsel (docket entry no. 11) is granted.

IT IS SO ORDERED this   28   day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE