IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KERRY A. STEVENS                                                                      PLAINTIFF

v.                              NO. 3:10CV00280 HDY

MICHAEL J. ASTRUE,                                                                   DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration. The complaint filed by plaintiff Kerry A. Stevens is dismissed, and all requested relief is denied.

IT IS SO ORDERED this ___16___ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE